

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00274-CV

Elizabeth **CERDA**,
Appellant

v.

**CROSSROADS MALL PARTNERS, LTD.** and Target Corporation,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23683
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Elizabeth Cerda.

SIGNED February 26, 2025.

_____
Velia J. Meza, Justice